**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CRISTAL MICHELLE ACOSTA,**

**Plaintiff,**

**v.** **CIV. NO. 1:26-cv-00778 KWR-JHR**

**FRANK BISIGNANO,**
**Commissioner of Social Security**

**Defendant.**

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion To Reverse and Remand To the Agency (Doc. 12), it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through September 28, 2026, to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum. Further briefing is due according to the Supplemental Rules for Social Security Proceedings.

THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE